582

Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.

(May 2, 1967)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIS SPRUELL, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TURIBEO SUAREZ, Appellant, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

In the Matter of JOSEPH WINSKI, Appellant, v. CHRISTOPHER F. TERRENCE, as Acting Commissioner of Mental Hygiene of the State of New York, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

In the Matter of the Claim of WALTER SZEWCZAK, Appellant, v. BETHLEHEM STEEL CORP., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL MARTIN, Appellant

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

ALBERT W. GROVE et al., Respondents, v. CHEMUNG COUNTY BOARD OF SUPERVISORS, Appellant, et al., Defendants.— *Per Curiam.*